ALLEN ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* JOHNSON ET AL., APPELLEES; INDIANA INSURANCE COMPANY ET AL., APPELLEES AND CROSS-APPELLANTS.

[Cite as *Allen v. Johnson,* 100 Ohio St.3d 276, 2003-Ohio-5889.]

(Nos. 2002–1126 and 2002–1433—Submitted May 13, 2003—Decided November 5, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed as to National Union Insurance Company and Federal Insurance Company on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

{¶ 2} The judgment of the court of appeals is reversed, and the judgment of the trial court in favor of Consolidated Insurance Company and Indiana Insurance Company is reinstated on the authority of *Westfield Ins. Co.,* supra.

{¶ 3} Appellants' Proposition of Law No. 3 is dismissed as improvidently allowed.

MOYER, C.J., SUNDERMANN, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

J. HOWARD SUNDERMANN JR., J., of the First Appellate District, sitting for COOK, J.

Grisi & Riegler and Charles E. Grisi, for appellants and cross-appellees.

Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Daniel A. Richards, John G. Farnan and Edward T. Sylvester, for appellees and cross-appellants Indiana Insurance Co. and Consolidated Insurance Co.

Gallagher, Sharp, Fulton & Norman, D. John Travis and Timothy J. Fitzgerald, for appellee and cross-appellant Federal Insurance Co.

Janik & Dorman L.L.P., Steven G. Janik and Matthew J. Grimm, for appellee National Union Fire Insurance Co.

T.J. Snyder; Allen Schulman & Associates Co., L.P.A., Allen Schulman and Christopher Van Blargan, for amicus curiae Ohio Academy of Trial Lawyers.